02-11-173-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00173-CR

 

 


 
 
 MARK EDMONDSON
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

 

FROM CRIMINAL DISTRICT COURT NO. 1 OF Tarrant COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

 

On
May 6, 2011, Appellant Mark Edmondson, proceeding pro se, filed a notice of
appeal, attempting to appeal from a March 31, 2011 order denying his request
for appointment of counsel to assist him in filing a motion for forensic DNA
testing of evidence.  Edmondson’s notice of appeal was one day late, and he
filed a motion for extension of time to file his notice of appeal concurrently
with his notice of appeal.

          On
April 28, 2011, unbeknownst to Edmondson, the trial court had granted
Edmondson’s motion to vacate and set aside the order denying his request for
appointment of counsel, and the trial court appointed John Stickels as counsel
for Edmondson.  

Edmondson
has now filed a letter, asking that his notice of appeal “be disregarded and/or
dismissed.”  We construe Edmondson’s letter as a motion to dismiss the appeal. 
The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

 

PER CURIAM

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  June 16, 2011









[1]See Tex. R. App. P. 47.4.